**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LOUAY AWAD,

Plaintiff,

v.

AMAZON.COM SERVICES LLC et al.,

Defendants.

Case No.: 26-cv-03883-DMS-BJW

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND GRANTING PLAINTIFF'S MOTION TO ELECTRONICALLY FILE DOCUMENTS**

Pending before the Court is Defendant Amazon.com Services LLC's Motion to Dismiss filed on July 13, 2026. (ECF No. 5). On July 17, 2026, Plaintiff, proceeding *pro se*, filed a First Amended Complaint ("FAC"). (ECF No. 7); *see* Fed. R. Civ. P. 15(a)(1) ("A party may amend its pleading once as a matter of course no later than: (A) 21 days after serving it, or (B) . . . 21 days after service of a motion under Rule 12(b), (e), or (f) . . . .").

"If a plaintiff amends her complaint, the new pleading supersedes the old one: The original pleading no longer performs any function in the case." *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 35 (2025) (citation modified). Any motion targeting the earlier pleading is thereafter moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Accordingly, Plaintiff's FAC is the operative pleading and Defendant's Motion to Dismiss is **DENIED AS MOOT**. The hearing set for August 28,

2026 is hereby **VACATED**.

Additionally, Plaintiff has filed a Motion for Leave to Electronically File Documents. (ECF No. 8). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies" in the manual. S.D. Cal. Electronic Case Filing Administrative Policies and Procedures Manual § 2(b). Plaintiff has met these requirements and accordingly, his Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 20, 2026

Hon. Dana M. Sabraw
United States District Judge